UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Jonathan I. Rabinowitz
Barry J. Roy
*Proposed Counsel to Chapter 7 Trustee*

**Order Filed on October 6, 2025**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

ILIAS SARRIS,

Debtor.

Case No.: 25-14910 (SLM)

Chapter: 7

Judge: Meisel

**ORDER AUTHORIZING RETENTION OF**

**RABINOWITZ, LUBETKIN & TULLY, LLC**

The relief set forth on the following page is **ORDERED**.

**DATED: October 6, 2025**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ______Rabinowitz, Lubetkin & Tully, LLC_ as _________________Counsel to Chapter 7 Trustee__________________, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
The professional's address is: _________293 Eisenhower Parkway_____
___________Suite 100______
________ Livingston, New Jersey______

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*