**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, N.J. 07039
(973) 597-9100
Jonathan I. Rabinowitz
Henry M. Karwowski
jrabinowitz@rltlawfirm.com
Attorneys for Jeffrey A. Lester, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>ILIAS SARRIS,<br><br>Debtor. | Case No. 25-14910 (SLM)<br><br>Chapter 7<br><br>Hearing Date: Sept. 8, 2026 at 10:00 AM |

**NOTICE OF MOTION OF JEFFREY A. LESTER, CHAPTER 7 TRUSTEE, FOR APPROVAL OF SETTLEMENT AND MUTUAL RELEASE AGREEMENT WITH ILIAS SARRIS, CHAPTER 7 DEBTOR**

**PLEASE TAKE NOTICE** that Jeffrey A. Lester, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Ilias Sarris (the "Debtor"), shall pursuant to Bankruptcy Rule 9019 and Local Bankruptcy Rule 9019-3 move before this Court on September 8, 2026 at 10:00 AM or as soon thereafter as counsel may be heard for entry of an order approving a certain Settlement and Mutual Release Agreement between the Trustee, acting on behalf of the Debtor's bankruptcy estates, and the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the Trustee relies upon the Certification and Motion filed herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-2(a), any opposition to the Motion must be filed and served within seven days of the hearing date.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-3(d), the Motion will be decided on the papers unless opposition is filed.

Dated: Aug. 10, 2026
Livingston, New Jersey

**RABINOWITZ, LUBETKIN & TULLY, LLC**
Attorneys for Jeffrey A. Lester, Chapter 7 Trustee

By:____/s/ Jonathan I. Rabinowitz_________
JONATHAN I. RABINOWITZ