UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, N.J. 07039
(973) 597-9100
Jonathan I. Rabinowitz
Henry M. Karwowski
jrabinowitz@rltlawfirm.com
Attorneys for Jeffrey A. Lester, Chapter 7 Trustee

| | |
|---|---|
| In re:<br><br>ILIAS SARRIS,<br><br>Debtor. | Case No. 25-14910 (SLM)<br><br>Chapter 7 |

**ORDER APPROVING SETTLEMENT AND MUTUAL RELEASE AGREEMENT BETWEEN JEFFREY A. LESTER, CHAPTER 7 TRUSTEE, AND ILIAS SARRIS, CHAPTER 7 DEBTOR**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**THIS MATTER** having been presented to this Court upon the Motion of Jeffrey A. Lester, Chapter 7 Trustee (the “Trustee”) for the bankruptcy estate of Ilias Sarris (the “Debtor”), for entry of an order approving pursuant to Bankruptcy Rule 9019 and Local Bankruptcy Rule 9019-3 a certain Settlement and Mutual Release Agreement (the “Settlement Agreement”) between the Trustee, as trustee for the Debtors’ bankruptcy estates, on the one hand, and the Debtor, on the other hand, regarding the Debtor’s interest in a certain limited liability company; and it appearing that good and sufficient notice of the Motion having been provided, as evidenced by the Certificate of Service filed with this Court; and this Court having considered the Motion and any opposition filed thereto, and the arguments of counsel; and this Court, after due deliberation and consideration, having determined that the relief requested in the Motion is in the best interests of the Debtor, his estate, and creditors;

**IT IS HEREBY ORDERED** as follows:

1. The Trustee’s Motion is hereby GRANTED.

2. The Settlement Agreement, a copy of which is attached to the Trustee’s Motion, is hereby approved in all respects, and the Trustee is hereby authorized and directed to take all actions necessary to consummate the settlement set forth in the Settlement Agreement.