**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>LAW OFFICE OF BARRY E. JANAY, P.C.<br>Barry E. Janay, Esq. (Attorney ID No. 216812017)<br>354 Eisenhower Parkway, Suite 1250<br>Livingston, New Jersey 07039<br>Telephone: (908) 460-1741<br>Email: bjanay@lobej.com<br>Attorneys for Debtor, Ilias Sarris | |
| In re:<br><br>ILIAS SARRIS,<br><br>Debtor. | Case No.: 25-14910 (SLM)<br>Chapter: 7<br>Judge: SLM<br>Hearing Date: Requested: October 6, 2026 at 9:00 a.m. (to be set by Order Shortening Time)<br>Oral Argument Requested if Opposed |

**NOTICE OF DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13 PURSUANT TO 11 U.S.C. § 706(a), AND (II) STAYING AND ADJOURNING THE CHAPTER 7 TRUSTEE'S OCTOBER 5, 2026 AUCTION AND OCTOBER 6, 2026 SALE HEARING**

**PLEASE TAKE NOTICE** that on October 6, 2026 at 9:00 a.m., or such other date and time as set by the Order Shortening Time, or as soon thereafter as counsel may be heard, Ilias Sarris (the "Debtor"), by and through undersigned counsel, shall move before the Hon. Stacey L. Meisel, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, Courtroom 3A, or by such remote means (including Zoom) as the Court directs, for entry of an Order (i) converting this case from a case under chapter 7 to a case under chapter 13 of the Bankruptcy Code pursuant to 11 U.S.C. § 706(a) and Fed. R. Bankr. P. 1017(f)(2); (ii) staying and adjourning the auction of the estate's interest in the Debtor's 23.67% membership interest in Sarris Family, LLC proposed by the chapter 7 trustee for October 5, 2026 at 3:00 p.m. (the "Auction"), and adjourning the hearing scheduled for October 6, 2026 at 9:00 a.m. on the Trustee's Motion to Approve Compromise or Settlement under Rule

9019 (Dkt. No. 19) (the "Sale Hearing"), pending the Court's determination of conversion; or, in the alternative, directing that no auction or sale of that interest proceed unless and until the Trustee obtains, in an adversary proceeding, a final determination that it is property of the estate; and (iii) pending the hearing on the Motion, entering an interim order, before the Auction, staying the Auction, and granting such other and further relief as the Court deems just and proper (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Motion will be heard on shortened time pursuant to Fed. R. Bankr. P. 9006(c)(1) and D.N.J. LBR 9013-2(c), as provided in the Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice entered by the Court (the "Order Shortening Time").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with D.N.J. LBR 9013-1(a), the Debtor shall rely upon the Certification of Ilias Sarris, the Certification of Counsel, the Certification of Anna Sarris and the Certification of George Sarris (together, the "Funding Certifications"), and the accompanying Memorandum of Law, all submitted herewith. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion must be in writing, must state with particularity the grounds therefor, and must be filed with the Clerk of the Court and served upon undersigned counsel on or before the deadline set in the Order Shortening Time.

**PLEASE TAKE FURTHER NOTICE** that the Debtor requests oral argument if any objection to the Motion is timely filed. Pursuant to D.N.J. LBR 9013-3(d)(1), if no opposition is filed, the Motion will be decided without oral argument.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to D.N.J. LBR 9013-1(b), the Debtor states that no waiver of the stay imposed by Fed. R. Bankr. P. 4001(a)(4), 6004(h), or 6006(d) is requested, because none of those Rules applies to the relief sought.

LAW OFFICE OF BARRY E. JANAY, P.C.
Attorneys for Debtor, Ilias Sarris

By: /s/ Barry E. Janay, Esq.
Barry E. Janay, Esq.

Dated: October 1, 2026