# EXHIBIT C

Social Security Administration 2026 notice of benefit amount

# Notice of Cost-of-Living Adjustment (COLA)

Hello ILIAS SARRIS

Your Social Security benefit will increase by **2.8%** in January 2026. Next year, receive your benefit information up to three weeks earlier by creating an online ***my Social Security*** account at ***www.ssa.gov/myaccount.*** You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans and for other business. Keep this letter with your important financial records or access this information anytime online by signing in to your personal ***my Social Security*** account.

| **How Much You Will Get In 2026 (Before Deductions)** | **Monthly Amount** |
|---|---|
| Your monthly benefit in 2026 before deductions | $1,815.90 |
| **2026 Common Deductions** | **Monthly Amount** |
| Medicare Medical Insurance (Part B and Part C)<br>*If you did not have Medicare as of November 20, 2025, or if someone else pays your premium, we show $0.00.* | -$202.90 |
| Medicare Prescription Drug Plan (Part D)<br>We will notify you if the amount changes in 2026. If you did not elect withholding as of November 1, 2025, we show $0.00. | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding<br>If you did not elect voluntary tax withholding as of November 20, 2025, we show $0.00. | -$0.00 |
| **How Much You Will Get In 2026 (After Deductions)** | **Monthly Amount** |
| Your monthly benefit in 2026 after deductions<br>This monthly amount may include deductions not listed above. | **$1,613.00** |

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to ***www.ssa.gov/cola*** or scan the QR code. →

[redacted]

If you would like a paper copy of any of this information, please contact us.

**Need more help?**

1. Visit ***www.ssa.gov*** for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am. to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-331-7131**.

SOCIAL SECURITY
SUITE 200
2200 STATE RTE 10 W
PARSIPPANY, NJ 07054