# EXHIBIT D

Sarris Family, LLC Schedules K-1 (Form 1065), 2023–2025 (SSN redacted)

651123

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** **2023**
Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax year beginning / / 2023 ending / /

# Partner's Share of Income, Deductions, Credits, etc.

See separate instructions.

## Part I Information About the Partnership

A Partnership's employer identification number
87-2673964

B Partnership's name, address, city, state, and ZIP code
SARRIS FAMILY LLC
47 RACHAEL DRIVE
MORGANVILLE, NJ 07751

C IRS center where partnership filed return: KANSAS CITY, MO

D ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

E Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

F Name, address, city, state, and ZIP code for partner entered in E. See instructions.
ILIAS G. SARRIS
7 LASH PLACE
DENVILLE NJ 07834

G ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

H1 ☒ Domestic partner ☐ Foreign partner

H2 ☐ If the partner is a disregarded entity (DE), enter the partner's: TIN ____ Name ____

I1 What type of entity is this partner? INDIVIDUAL

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 23.67000 % | 23.67000 % |
| Loss | 23.67000 % | 23.67000 % |
| Capital | 23.67000 % | 23.67000 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

K1 Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ 113,145. | $ 110,192. |
| Recourse | $ | $ |

K2 Check this box if item K1 includes liability amounts from lower-tier partnerships ☐

K3 Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions ☐

L **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** | $ 151,064. |
| Capital contributed during the year | $ 72. |
| Current year net income (loss) | $ 18,485. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( 17,774. ) |
| **Ending capital account** | $ 151,847. |

M Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

N **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning $
Ending $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | 18,485. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked ☐ | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | A 17,774. |
| 20 | Other information | N * STMT 7,085. |
| | | Z * STMT |
| 21 | Foreign taxes paid or accrued | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

# Additional Information From Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (ILIAS G. SARRIS)

## Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (ILIAS G. SARRIS)

**Supplemental Information** — Continuation Statement

| Description | Amount |
|---|---|
| Box 20, Code N: | |
| Business interest expense detail | |
| -Included in ord business income (line 1) | |
| -Included in rental income (line 2) | 7,085. |

## Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (ILIAS G. SARRIS)

**Form 8825 Rental Inc/Loss Details for Reporting Purposes** — Continuation Statement

| Description | Amount |
|---|---|
| SARRIS FAMILY LLC | |
| Property type: 5 Land | 18,485. |
| Total | 18,485. |

## Statement A—QBI Pass-through Entity Reporting

Partnership's name: SARRIS FAMILY LLC | Partnership's EIN: 87-2673964

Partner's name: ILIAS G. SARRIS | Partner's identifying no: [redacted]

| Partner's share of: | SARRIS FAMILY LLC<br>☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) | 18,485. | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| **W-2 wages** | | | |
| **UBIA of qualified property** | | | |
| **Qualified REIT dividends** | | | |

## Statement A—QBI Pass-through Entity Reporting

Partnership's name: | Partnership's EIN:

Partner's name: | Partner's identifying no:

| Partner's share of: | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| **W-2 wages** | | | |
| **UBIA of qualified property** | | | |
| **Qualified REIT dividends** | | | |

**Schedule NJK-1**
(Form NJ-1065)

# State of New Jersey
# Partner's Share of Income

**2023**

For Calendar Year 2023, or Fiscal Year Beginning ______________, 2023 and ending ______________ 20____

## Part I General Information

| | |
|---|---|
| Partner's SS # or Federal EIN (Do not use EIN of a disregarded entity. See instr.) [redacted] | Partnership's Federal EIN 87-2673964 |
| Partner's Name ILIAS G. SARRIS | Partnership's Name SARRIS FAMILY LLC |
| Street Address 7 LASH PLACE | Partnership's Street Address 47 RACHAEL DRIVE |
| City DENVILLE State NJ ZIP Code 07834 | City MORGANVILLE State NJ ZIP Code 07751 |

What type of entity is partner? (see instructions) RIG (Code)

Date partner's interest in partnership began: 09/16/2021 (Month Day Year)

☐ Final NJK-1 ☐ Hedge Fund
☐ Amended NJK-1 ☐ Member of Composite Return

☐ If the partner is a disregarded entity, check the box and enter the partner's:

______________ Federal EIN ______________ Name

Enter partner's percentage of:

| | (i) Before Decrease or Termination | (ii) End of Year |
|---|---|---|
| Profit Sharing | 23.67000% | 23.67000% |
| Loss Sharing | 23.67000% | 23.67000% |
| Capital Ownership | 23.67000% | 23.67000% |

## Part II Income Information

| Income Classification | A. Total Distribution | NJ-1040 Filers Enter Amounts on Line Shown Below | B. New Jersey Source Amounts | NJ-1040NR Filers |
|---|---|---|---|---|
| 1. Partnership Income (Loss) | 18,485. | | 18,485. | |
| 2. Net Guaranteed Payments | | | | |
| 3. Partner's 401(k) Contribution | | | | |
| 4. Distributive Share of Partnership Income (loss) (Line 1 plus line 2 minus line 3) | 18,485. | Line 21 | 18,485. | Line 23 |
| 5. Pension | | Line 20a | | |
| 6. Net Gain (Loss) From Disposition of Assets as a Result of a Complete Liquidation | | Line 19 | | Line19 |

## Part III Partner's Information

| | | | |
|---|---|---|---|
| 1. Nonresident Partner's Share of NJ Tax | 1. | | Line 10b, Page 1, CBT-100<br>Line 8b, Page 1, CBT-100S<br>Line 10, Page 1, CBT-100U<br>Schedule T, NJ-CBT-1065<br>Line 52, NJ-1040NR<br>Line 23, NJ-1080C<br>Line 35a, NJ-1041 |
| 2. Partner's HEZ Deduction | 2. | | |
| 3. Partner's Sheltered Workshop Tax Credit | 3. | | |
| 4. Share of Pass-Through Business Alternative Income Tax | 4. | | |

## Part IV Supplemental Information (Attach Schedule) SEE FEDERAL K-1 SUPPLEMENTAL INFORMATION.

**This Form May be Reproduced**

651123

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

**Schedule K-1 (Form 1065)** **2024**
Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year beginning / / 2024 ending / /

# Partner's Share of Income, Deductions, Credits, etc.

See separate instructions.

## Part I Information About the Partnership

A Partnership's employer identification number
87-2673964

B Partnership's name, address, city, state, and ZIP code
SARRIS FAMILY LLC
47 RACHAEL DRIVE
MORGANVILLE, NJ 07751

C IRS center where partnership filed return: KANSAS CITY, MO

D ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

E Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

F Name, address, city, state, and ZIP code for partner entered in E. See instructions.
ILIAS G SARRIS
7 LASH PLACE
DENVILLE NJ 07834

G ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

H1 ☒ Domestic partner ☐ Foreign partner

H2 ☐ If the partner is a disregarded entity (DE), enter the partner's: TIN ______ Name ______

I1 What type of entity is this partner? INDIVIDUAL

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 23.67000 % | 23.67000 % |
| Loss | 23.67000 % | 23.67000 % |
| Capital | 23.67000 % | 23.67000 % |

Check if decrease is due to: ☐ Sale or ☐ Exchange of partnership interest. See instructions.

K1 Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ 110,192. | $ 107,066. |
| Recourse | $ | $ |

K2 Check this box if item K1 includes liability amounts from lower-tier partnerships ☐

K3 Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions ☐

L **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** | $ 151,847. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 20,036. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( 18,603.) |
| **Ending capital account** | $ 153,280. |

M Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

N **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning $
Ending $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | 20,036. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| | | |
|---|---|---|
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked ☐ | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | A 18,603. |
| 20 | Other information | N * STMT 6,912. |
| | | Z * STMT |
| 21 | Foreign taxes paid or accrued | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

**Schedule NJK-1**
(Form NJ-1065)

**State of New Jersey**
# Partner's Share of Income

**2024**

For Calendar Year 2024, or Fiscal Year Beginning ____________, 2024 and ending ____________, 20____

## Part I General Information

| | |
|---|---|
| [redacted] EIN (Do not use EIN of a disregarded entity. See instr.) | Partnership's Federal EIN<br>87-2673964 |
| ILIAS G SARRIS | Partnership's Name<br>SARRIS FAMILY LLC |
| Street Address<br>7 LASH PLACE | Partnership's Street Address<br>47 RACHAEL DRIVE |
| City: DENVILLE State: NJ ZIP Code: 07834 | City: MORGANVILLE State: NJ ZIP Code: 07751 |

What type of entity is partner? (see instructions) RIG (Code)

Date partner's interest in partnership began: 09/16/2021 (Month Day Year)

☐ Final NJK-1 ☐ Hedge Fund
☐ Amended NJK-1 ☐ Member of Composite Return

☐ If the partner is a disregarded entity, check the box and enter the partner's:

____________ Federal EIN ____________ Name

Enter partner's percentage of:

| | (i) Before Decrease or Termination | (ii) End of Year |
|---|---|---|
| Profit Sharing | 23.67000% | 23.67000% |
| Loss Sharing | 23.67000% | 23.67000% |
| Capital Ownership | 23.67000% | 23.67000% |

## Part II Income Information

| Income Classification | A. Total Distribution | NJ-1040 Filers Enter Amounts on Line Shown Below | B. New Jersey Source Amounts | NJ-1040NR Filers |
|---|---|---|---|---|
| 1. Partnership Income (Loss) | 20,036. | | 20,036. | |
| 2. Net Guaranteed Payments | | | | |
| 3. Partner's 401(k) Contribution | | | | |
| 4. Distributive Share of Partnership Income (loss) (Line 1 plus line 2 minus line 3) | 20,036. | Line 21 | 20,036. | Line 23 |
| 5. Pension | | Line 20a | | |
| 6. Net Gain (Loss) From Disposition of Assets as a Result of a Complete Liquidation | | Line 19 | | Line19 |

## Part III Partner's Information

| | | | |
|---|---|---|---|
| 1. Nonresident Partner's Share of NJ Tax | 1. | | Line 10b, Page 1, CBT-100<br>Line 8b, Page 1, CBT-100S<br>Line 10, Page 1, CBT-100U<br>Schedule T, NJ-CBT-1065<br>Line 52, NJ-1040NR<br>Line 23, NJ-1080C<br>Line 35a, NJ-1041 |
| 2. Partner's HEZ Deduction | 2. | | |
| 3. Partner's Sheltered Workshop Tax Credit | 3. | | |
| 4. Share of Pass-Through Business Alternative Income Tax | 4. | | |

## Part IV Supplemental Information (Attach Schedule)

SEE FEDERAL K-1 SUPPLEMENTAL INFORMATION.

**This Form May be Reproduced**

## Additional Information From Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (ILIAS G SARRIS)

**Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (ILIAS G SARRIS)**
**Supplemental Information** **Continuation Statement**

| Description | Amount |
|---|---|
| Box 20, Code N: | |
| Business interest expense detail | |
| -Included in ord business income (line 1) | |
| -Included in rental income (line 2) | 6,912. |

**Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (ILIAS G SARRIS)**
**Form 8825 Rental Inc/Loss Details for Reporting Purposes** **Continuation Statement**

| Description | Amount |
|---|---|
| SARRIS FAMILY LLC | |
| Property type: 5 Land | 20,036. |
| **Total** | 20,036. |

## Statement A—QBI Pass-through Entity Reporting



| | | | |
|---|---|---|---|
| Partnership's name: SARRIS FAMILY LLC | | Partnership's EIN: 87-2673964 | |
| Partner's name: ILIAS G SARRIS | Partner's identifying no: [redacted] | | |
| | SARRIS FAMILY LLC | | |
| Partner's share of: | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) | 20,036. | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| W-2 wages | | | |
| UBIA of qualified property | | | |
| Qualified REIT dividends | | | |

## Statement A—QBI Pass-through Entity Reporting

| | | | |
|---|---|---|---|
| Partnership's name: | | Partnership's EIN: | |
| Partner's name: | Partner's identifying no: | | |
| | | | |
| Partner's share of: | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| W-2 wages | | | |
| UBIA of qualified property | | | |
| Qualified REIT dividends | | | |

651123

☐ Final K-1 ☐ Amended K-1

OMB No. 1545-0123

# Schedule K-1 (Form 1065) 2025

Department of the Treasury
Internal Revenue Service

For calendar year 2025, or tax year

beginning / / 2025 ending / /

## Partner's Share of Income, Deductions, Credits, etc.

See separate instructions.

### Part I Information About the Partnership

**A** Partnership's employer identification number
87-2673964

**B** Partnership's name, address, city, state, and ZIP code
SARRIS FAMILY LLC
47 RACHAEL DRIVE
MORGANVILLE, NJ 07751

**C** IRS center where partnership filed return: KANSAS CITY, MO

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
[redacted]

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
ILIAS G SARRIS
7 LASH PLACE
DENVILLE NJ 07834

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN ______ Name ______

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 23.67000 % | 23.67000 % |
| Loss | 23.67000 % | 23.67000 % |
| Capital | 23.67000 % | 23.67000 % |

Check if decrease is due to:
☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ 107,066. | $ 103,734. |
| Recourse | $ | $ |

**K2** Check this box if item K1 includes liability amounts from lower-tier partnerships ☐

**K3** Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions ☐

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ 153,280. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 22,376. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( 19,786.) |
| Ending capital account | $ 155,870. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning $
Ending $

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 | Net rental real estate income (loss) | 22,376. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked ☐ | |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | A 19,786. |
| 20 | Other information | N * STMT 6,706. |
| | | Z * STMT |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

## Additional Information From Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (ILIAS G SARRIS)

**Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (ILIAS G SARRIS)**
**Supplemental Information** Continuation Statement

| Description | Amount |
|---|---|
| Box 20, Code N: | |
| Business interest expense detail | |
| -Included in ord business income (line 1) | |
| -Included in rental income (line 2) | 6,706. |

**Schedule K-1: Partner's Share of Income, Deductions, Credits, etc. (ILIAS G SARRIS)**
**Form 8825 Rental Inc/Loss Details for Reporting Purposes** Continuation Statement

| Description | Amount |
|---|---|
| SARRIS FAMILY LLC | |
| Property type: 5 Land | 22,376. |
| Total | 22,376. |

**Schedule NJK-1**
(Form NJ-1065)

State of New Jersey
# Partner's Share of Income

**2025**

For Calendar Year 2025, or Fiscal Year Beginning ______________, 2025 and ending ______________, 20____

## Part I General Information

| | |
|---|---|
| [redacted] IN (Do not use EIN of a disregarded entity. See instr.) | Partnership's Federal EIN<br>87-2673964 |
| ILIAS G SARRIS | Partnership's Name<br>SARRIS FAMILY LLC |
| Street Address<br>7 LASH PLACE | Partnership's Street Address<br>47 RACHAEL DRIVE |
| City DENVILLE State NJ ZIP Code 07834 | City MORGANVILLE State NJ ZIP Code 07751 |

What type of entity is partner? (see instructions) RIG
Code

Date partner's interest in partnership began: 09/16/2021
Month Day Year

☐ Final NJK-1 ☐ Hedge Fund
☐ Amended NJK-1 ☐ Member of Composite Return

☐ If the partner is a disregarded entity, check the box and enter the partner's:

______________ ______________
Federal EIN Name

Enter partner's percentage of:

| | (i) Before Decrease or Termination | (ii) End of Year |
|---|---|---|
| Profit Sharing | 23.67000% | 23.67000% |
| Loss Sharing | 23.67000% | 23.67000% |
| Capital Ownership | 23.67000% | 23.67000% |

## Part II Income Information

| Income Classification | A. Total Distribution | NJ-1040 Filers Enter Amounts on Line Shown Below | B. New Jersey Source Amounts | NJ-1040NR Filers |
|---|---|---|---|---|
| 1. Partnership Income (Loss) | 22,376. | | 22,376. | |
| 2. Net Guaranteed Payments | | | | |
| 3. Partner's 401(k) Contribution | | | | |
| 4. Distributive Share of Partnership Income (loss) (Line 1 plus line 2 minus line 3) | 22,376. | Line 21 | 22,376. | Line 23 |
| 5. Pension | | Line 20a | | |
| 6. Net Gain (Loss) From Disposition of Assets as a Result of a Complete Liquidation | | Line 19 | | Line19 |

## Part III Partner's Information

| | | | |
|---|---|---|---|
| 1. Nonresident Partner's Share of NJ Tax | 1. | | Line 10b, Page 1, CBT-100<br>Line 8b, Page 1, CBT-100S<br>Line 10, Page 1, CBT-100U<br>Schedule T, NJ-CBT-1065<br>Line 52, NJ-1040NR<br>Line 23, NJ-1080C<br>Line 35a, NJ-1041 |
| 2. Partner's HEZ Deduction | 2. | | |
| 3. Partner's Sheltered Workshop Tax Credit | 3. | | |
| 4. Share of Pass-Through Business Alternative Income Tax | 4. | | |

## Part IV Supplemental Information (Attach Schedule) SEE FEDERAL K-1 SUPPLEMENTAL INFORMATION.

**This Form May be Reproduced**

## Statement A—QBI Pass-through Entity Reporting



| Partnership's name: SARRIS FAMILY LLC | | Partnership's EIN: 87-2673964 | |
|---|---|---|---|
| Partner's name: ILIAS G SARRIS | Partner's identifying no: [redacted] | | |
| | SARRIS FAMILY LLC | | |
| Partner's share of: | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
| QBI or qualified PTP items subject to partner-specific determinations: | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) | 22,376. | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| W-2 wages | | | |
| UBIA of qualified property | | | |
| Qualified REIT dividends | | | |

## Statement A—QBI Pass-through Entity Reporting

| Partnership's name: | | Partnership's EIN: | |
|---|---|---|---|
| Partner's name: | Partner's identifying no: | | |
| | | | |
| Partner's share of: | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
| QBI or qualified PTP items subject to partner-specific determinations: | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| W-2 wages | | | |
| UBIA of qualified property | | | |
| Qualified REIT dividends | | | |