In re Ilias Sarris, Case No. 25-14910 (SLM)
*Certification of Ilias Sarris in Support of Emergency Motion*

# EXHIBIT E

New Jersey property record, Block 6, Lot 31, Freehold Township

Property Explorer

Parcel Metada

How To Use This App

**Block: 6 Lot: 31 (FREEHOLD TWP)**

| | |
|---|---|
| Property Address: | 4135 RT 9 |
| Municipality: | FREEHOLD TWP |
| County: | MONMOUTH |
| Owner Address: | 47 RACHAEL DR<br>MORGANVILLE, NJ 07751 |
| Additional Lots: | |
| Net Value: | $2,957,100 |
| Last Year Tax: | $51,125.26 |
| Sale Price: | $1 |
| Property Class: | Commercial - 4A |
| Acres: | 1.9 |
| Building Class: | |
| Building Description: | ALL SEASONS II |
| Year Constructed: | 1965 |
| Dwelling Units: | 0 |
| Commercial Units: | 0 |
| Deed Book/Page: | 09622/02359 |
| Deed Date: | 10/14/22 |

Zoom to



Address Search

- Click the button to perform an address search. the search is conducted using a custom geocoder managed by NJOGIS.



60ft