**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
|---|---|
| LAW OFFICE OF BARRY E. JANAY, P.C.<br>Barry E. Janay, Esq. (Attorney ID No. 216812017)<br>354 Eisenhower Parkway, Suite 1250<br>Livingston, New Jersey 07039<br>Telephone: (908) 460-1741<br>Email: bjanay@lobej.com<br>Attorneys for Debtor, Ilias Sarris | |
| In re:<br><br>ILIAS SARRIS,<br><br>Debtor. | Case No.: 25-14910 (SLM)<br>Chapter: 7<br>Judge: SLM<br>Hearing Date: Requested: October 6, 2026 at 9:00 a.m. (to be set by Order Shortening Time)<br>Oral Argument Requested if Opposed |

**CERTIFICATION OF ANNA SARRIS IN SUPPORT OF FEASIBILITY OF DEBTOR'S CHAPTER 13 PLAN**

I, Anna Sarris, of full age, hereby certify as follows:

1. I am the wife of the Debtor, Ilias Sarris. I am not a debtor in this case. I have personal knowledge of the facts set forth herein.

2. I understand that my husband has moved to convert his bankruptcy case to chapter 13, and that, if the case is converted, his chapter 13 plan must pay, in the amounts allowed by the Court, all allowed unsecured claims with interest, all allowed administrative expenses of the chapter 7 estate (including the fees of the chapter 7 trustee's professionals and the chapter 7 trustee's compensation), and the chapter 13 trustee's fee.

3. There is $90,000 on deposit in my bank account. If the case is converted, up to that amount will be paid to the chapter 13 trustee within thirty (30) days after conversion, to fund my husband's plan.

4. I can provide a statement for that account to the Court and the chapter 13 trustee upon request.

5. If the case is converted, my husband and I commit to pay to the chapter 13 trustee up to $500 per month for up to sixty (60) months, or up to $30,000. **That monthly amount is a ceiling, not a fixed payment.** It will be reduced to the extent the amounts allowed by the Court are lower. If necessary, we can also reduce discretionary household expenses.

6. I will not seek repayment of these funds from my husband's bankruptcy estate.

*Remainder of page intentionally left blank. Signature page follows.*

**In re Ilias Sarris, Case No. 25-14910 (SLM)**
Signature Page to Certification of Anna Sarris in Support of Feasibility of Debtor's Chapter 13 Plan

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2026

/s/ Anna Sarris
Anna Sarris