**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>LAW OFFICE OF BARRY E. JANAY, P.C.<br>Barry E. Janay, Esq. (Attorney ID No. 216812017)<br>354 Eisenhower Parkway, Suite 1250<br>Livingston, New Jersey 07039<br>Telephone: (908) 460-1741<br>Email: bjanay@lobej.com<br>Attorneys for Debtor, Ilias Sarris | |
| In re:<br><br>ILIAS SARRIS,<br><br>Debtor. | Case No.: 25-14910 (SLM)<br>Chapter: 7<br>Judge: SLM<br>Hearing Date: Requested: October 6, 2026 at 9:00 a.m. (to be set by Order Shortening Time)<br>Oral Argument Requested if Opposed |

**CERTIFICATION OF GEORGE SARRIS IN SUPPORT OF FEASIBILITY OF DEBTOR'S CHAPTER 13 PLAN**

I, George Sarris, of full age, hereby certify as follows:

1. I am the son of the Debtor, Ilias Sarris. I am not George K. Sarris, II, the managing member of Sarris Family, LLC. I have personal knowledge of the facts set forth herein.

2. I understand that the Debtor has moved to convert his bankruptcy case to chapter 13, and that, if the case is converted, his chapter 13 plan must pay, in the amounts allowed by the Court, all allowed unsecured claims with interest, all allowed administrative expenses of the chapter 7 estate (including the fees of the chapter 7 trustee's professionals and the chapter 7 trustee's compensation), and the chapter 13 trustee's fee. I understand that up to $90,000, which is on deposit in the bank account of my mother, Anna Sarris, will be paid to the chapter 13 trustee within thirty days after conversion.

3. If the case is converted, I commit to pay to the chapter 13 trustee up to $1,000 per month for up to sixty (60) months, for up to $60,000.

4. **This monthly amount is a ceiling, not a fixed payment.** I understand that the amounts actually needed will depend on the claims and administrative expenses the Court ultimately allows, which are not yet known; that updated amounts will be determined as those figures become known; that my father may seek reductions and object to claims and applications for compensation; and that my monthly payment will be reduced to the extent the allowed amounts are lower.

5. I expect ultimately to receive the Debtor's interest in Sarris Family, LLC, which it is the Debtor's intention that I receive. I therefore have a direct, personal interest in seeing that the Debtor's chapter 13 plan is completed and that the interest is preserved, and I am making this commitment for that reason as well.

6. I have regular employment income, and my income is sufficient to make these payments in addition to my own household expenses. I will make these payments from that income, and I can provide documentation of my income to the Court and the chapter 13 trustee upon request.

7. My contributions are gifts to the Debtor, not loans, and I will not seek repayment from his bankruptcy estate.

*Remainder of page intentionally left blank. Signature page follows.*

**In re Ilias Sarris, Case No. 25-14910 (SLM)**
Signature Page to Certification of George Sarris in Support of Feasibility of Debtor's Chapter 13 Plan

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2026

/s/ George Sarris
George Sarris