**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>LAW OFFICE OF BARRY E. JANAY, P.C.<br>Barry E. Janay, Esq. (Attorney ID No. 216812017)<br>354 Eisenhower Parkway, Suite 1250<br>Livingston, New Jersey 07039<br>Telephone: (908) 460-1741<br>Email: bjanay@lobej.com<br>Attorneys for Debtor, Ilias Sarris | |
| In re:<br><br>ILIAS SARRIS,<br><br>Debtor. | Case No.: 25-14910 (SLM)<br>Chapter: 7<br>Judge: SLM |

**ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

---

THIS MATTER having been presented to the Court by Ilias Sarris (the "Debtor"), by and through counsel, upon the Debtor's Emergency Motion for Entry of an Order (I) Converting Case from Chapter 7 to Chapter 13 Pursuant to 11 U.S.C. § 706(a), and (II) Staying and Adjourning the Chapter 7 Trustee's October 5, 2026 Auction and October 6, 2026 Sale Hearing; and notice having been given as directed by the Order Shortening Time; and the Court having considered the submissions and any opposition, and the arguments of counsel; and for good cause shown; it is hereby

**ORDERED** as follows:

1. The Debtor's motion is **GRANTED**.

2. Pursuant to 11 U.S.C. § 706(a), this case is converted from a case under chapter 7 to a case under chapter 13 of the Bankruptcy Code, effective upon entry of this Order.

3. Pursuant to 11 U.S.C. § 348(e), the service of Jeffrey A. Lester as chapter 7 trustee (the "Chapter 7 Trustee") is terminated.

4. The Chapter 7 Trustee's Motion to Approve Compromise or Settlement under Rule 9019 (Dkt. No. 19), including the auction proposed for October 5, 2026 and the hearing scheduled for October 6, 2026, is deemed **MOOT**.

5. Within fourteen (14) days after entry of this Order, the Debtor shall file (a) Local Form Chapter 13 Plan and Motions; (b) Official Form 122C-1 and, if applicable, Official Form 122C-2; and (c) such amended schedules and statements as are necessary, including amended Schedules A/B, I, and J.

6. The Debtor shall commence plan payments to the chapter 13 trustee within the time required by 11 U.S.C. § 1326(a)(1).

7. The Chapter 7 Trustee shall, within thirty (30) days after entry of this Order, file a final report and account and turn over to the chapter 13 trustee any property of the estate and records in the Chapter 7 Trustee's possession. Nothing in this Order prejudices the right of the Chapter 7 Trustee or his professionals to seek allowance of compensation and reimbursement of expenses under 11 U.S.C. §§ 330 and 503(b).

8. The Debtor shall serve a copy of this Order on all creditors and parties in interest within three (3) days after its entry and shall file a certification of service.

# # #