Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−14910−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ilias Sarris
aka Ilias George Sarris
7 Lash Place
Denville, NJ 07834

Social Security No.:
xxx−xx−7527

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Meeting to be held by phone, visit www.court−solutions.com, or www.njb.uscourts.gov, for more information.

on 10/5/26 at 02:00 PM

to consider and act upon the following:

***36*** − Proposed Document re: Proposed Interim Order (related document:34 Application to Shorten Time filed by Debtor Ilias Sarris) filed by Barry E. Janay on behalf of Ilias Sarris. (Janay, Barry)

Dated: 10/5/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court