**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Order Filed on October 5, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>LAW OFFICE OF BARRY E. JANAY, P.C.<br>Barry E. Janay, Esq. (Attorney ID No. 216812017)<br>354 Eisenhower Parkway, Suite 1250<br>Livingston, New Jersey 07039<br>Telephone: (908) 460-1741<br>Email: bjanay@lobej.com<br>Attorneys for Debtor, Ilias Sarris | |
| In re:<br><br>ILIAS SARRIS,<br><br>Debtor. | Case No.: 25-14910 (SLM)<br>Chapter: 7<br>Judge: SLM |

**INTERIM ORDER STAYING AND ADJOURNING CHAPTER 7 TRUSTEE'S AUCTION AND SALE HEARING PENDING HEARING ON DEBTOR'S MOTION TO CONVERT**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 5, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

---

THIS MATTER having been presented to the Court by Ilias Sarris (the "Debtor"), by and through counsel, upon the Debtor's Application for Order Shortening Time with respect to the Debtor's Emergency Motion for Entry of an Order (I) Converting Case from Chapter 7 to Chapter 13, and (II) Staying and Adjourning the Chapter 7 Trustee's Auction and Sale Hearing (the "Motion"); and the Court having determined that interim relief is necessary to preserve the status quo pending the hearing on the Motion; and for good cause shown; it is hereby

**ORDERED** as follows:

1. The Motion, insofar as it seeks a stay, is **GRANTED** as set forth herein.

2. Pending entry of an order determining the Motion insofar as it seeks to convert this case to chapter 13 (the "Conversion Motion"), the auction of the estate's interest in the Debtor's 23.67% membership interest in Sarris Family, LLC (the "Membership Interest") proposed by Jeffrey A. Lester, chapter 7 trustee (the "Trustee"), for October 5, 2026 at 3:00 p.m. is **STAYED** and **ADJOURNED**, and the Trustee shall not conduct the auction, solicit or accept bids, or enter into any agreement for the sale or transfer of the Membership Interest.

3. The Conversion Motion, together with the Trustee's Motion to Approve Compromise or Settlement under Rule 9019 (Dkt. No. 19), shall be heard on a date to be fixed on at least 21 days' notice to all parties. No bid for the Membership Interest shall be confirmed, and no sale of the Membership Interest shall be approved, pending determination of the Conversion Motion.

4. The Debtor shall, immediately upon entry of this Order and in any event before 3:00 p.m. on October 5, 2026, provide notice of this Order to George K. Sarris, II, through his counsel.

5. In addition to the Trustee, George K. Sarris, II will also be able to object to the Conversion Motion.

6. Nothing in this Order constitutes a determination of the merits of the Conversion Motion or of the Trustee's Motion to Approve Compromise or Settlement, and all parties' rights are reserved.

7. The Debtor shall serve a copy of this Order upon the Trustee, counsel to the Trustee, the Office of the United States Trustee, counsel to George K. Sarris, II, and Sarris Family, LLC by email, where an email address is known, immediately upon its entry, and by first class mail within one (1) day after its entry.

# # #