UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**STARK & STARK, P.C.**
Joseph H. Lemkin, Esq. (JL-2490)
100 American Metro Blvd.
Hamilton, NJ 08619
(609) 791-7022 (Telephone)
(609) 895-7395 (Facsimile)
jlemkin@stark-stark.com
*Attorneys for George Sarris*

In Re:

ILIAS SARRIS,

Debtor.

Case No. 25-14910 (SLM)

Chapter 7

**NOTICE OF CROSS-MOTION TO COMPEL
COMPLIANCE WITH SETTLEMENT AGREEMENT**

**PLEASE TAKE NOTICE** that on November 3, 2026 at 2:30 p.m., or such other date and time as set by the Court, or as soon thereafter as counsel may be heard, George K. Sarris, II ("George II"), by and through undersigned counsel, shall move before the Hon. Stacey L. Meisel, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, Courtroom 3A, or by such remote means (including Zoom) as the Court directs, for entry of an Order compelling compliance with the settlement agreement (the "Cross-Motion").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with D.N.J. LBR 9013-1(a), the Debtor shall rely upon the Certification of George K. Sarris, II, and the accompanying Memorandum of Law, all submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Cross-Motion must be in writing, must state with particularity the grounds therefor, and must be filed with the Clerk of the Court and served upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that George II requests oral argument if any objection to the Cross-Motion is timely filed. Pursuant to D.N.J. LBR 9013-3(d)(1), if no opposition is filed, the Cross-Motion will be decided without oral argument.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to D.N.J. LBR 9013-1(b), George II states that no waiver of the stay imposed by Fed. R. Bankr. P. 4001(a)(4), 6004(h), or 6006(d) is requested, because none of those Rules apply to the relief sought.

Respectfully submitted,

**STARK & STARK**
A Professional Corporation

Date: October 27, 2026

By: /s/ *Joseph H. Lemkin*
Joseph H. Lemkin, Esq.