UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STARK & STARK, P.C.
Joseph H. Lemkin, Esq. (JL-2490)
100 American Metro Blvd.
Hamilton, NJ 08619
(609) 791-7022 (Telephone)
(609) 895-7395 (Facsimile)
jlemkin@stark-stark.com
Attorneys for George Sarris

In Re:

ILIAS SARRIS

Case No.: 25-14910

Chapter: 7

Adv. No.: ____________

Hearing Date: ____________

Judge: SLM

## CERTIFICATION OF SERVICE

1. I, Joseph H. Lemkin :

☒ represent George Sarris in this matter.

☐ am the secretary/paralegal for ____________, who represents ____________ in this matter.

☐ am the ____________ in this case and am representing myself.

2. On October 27, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Notice of Cross-Motion to Compel Compliance with Settlement Agreement, Objection to Debtor's Motion to Convert and Memorandum in Support, Certification in Support and Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/27/2026

/s/ Joseph H. Lemkin
Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Ilias Sarris<br>7 Lash Place<br>Denville, NJ 07834 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Barry E. Janay<br>Law Office of Barry E. Janay, P.C.<br>90 Broad Street<br>25th Floor<br>New York, NY 10004 | Counsel to Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey Lester<br>Jeffrey A. Lester, Chapter 7 Trustee<br>3 University Plaza<br>Suite 207<br>Hackensack, NJ 07601 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*